## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRANDON LEE SHAFFER**                                                                 **PLAINTIFF**

**v.**                                        **Case No. 4:25-cv-01254-KGB**

**CHRIS WATKINS,** *et al.*                                                             **DEFENDANTS**

### <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 8). The parties have not filed objections, and the time for doing so has passed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendation in its entirety as this Court's findings in all respects (*Id.*). Plaintiff Brandon Lee Shaffer's claims are dismissed without prejudice for failure to state a claim upon which relief may be granted (Dkt. Nos. 1; 6). The Court recommends that, in the future, the dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

It is so ordered this 20th day of July, 2026.

*Kristine G. Baker*
_____
Kristine G. Baker
Chief United States District Judge